# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5              Date: 2/24/20      Time: 10:00 a.m.

Defendant: Felipe Moncaleano Botero    J#: 20859-104    Case #: 20-2228-O'SULLIVAN    (SEALED)

AUSA: Candice Clark/Alex Kramer    Attorney: Fernando Tamayo, Temporary Counsel

Violation: Conspiracy to Launder Bribery Proceeds in U.S. Currency Through Bank Accounts

Proceeding: Report RE: Counsel, Pretrial Detention      CJA Appt:

Bond/PTD Held: ☒ Yes ☐ No        Recommended Bond:

Bond Set at:                                              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
**CASE REMAINS SEALED**
**Prel/Arr 3/3/20**
- Kendall Coffey apps temp
- Gvt req PTD re risk
- Court continues hrg to a date TBD by defense counsel

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:
(Report RE Counsel:)   3/9    10a    Duty    MIA
(PTD)/Bond Hearing:    TBD to be held before Judge Torres
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 11:00:04                                    Time in Court: 38 mins

*This hrg is NOT sealed