UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-2228-JJO

FILED BY _____ D.C.

MAR 03 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FELIPE MONCALEANO BOTERO,

        Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

PLEASE TAKE NOTICE that Kendall Coffey and Fernando Tamayo of the law firm of Coffey Burlington, P.L., attorneys admitted to practice before this Court, hereby enter their permanent appearance as counsel for Defendant Felipe Moncaleano Botero ("Defendant"). All further pleadings, correspondence, and/or documents of any kind filed in this proceeding should be furnished by Notice of Electronic Filing generated by CM/ECF to the undersigned.

FURTHER, the following e-mail addresses are hereby designated for service upon Defendant by e-mail:

        kcoffey@coffeyburlington.com
        ftamayo@coffeyburlington.com
        lmaltz@coffeyburlington.com
        service@coffeyburlington.com

CASE NO. 20-CR-2228

Dated: March 3, 2020.

> Respectfully submitted,
>
> **COFFEY BURLINGTON, P.L.**
> *Counsel for Felipe Moncaleano Botero*
> 2601 South Bayshore Drive, Penthouse
> Miami, Florida 33133
> Tel: 305-858-2900
>
> for: By: _____
> Kendall Coffey, Fla. Bar No. 259861
> Fernando Tamayo, Fla. Bar No. 28530
> kcoffey@coffeyburlington.com
> ftamayo@coffeyburlington.com
> lmaltz@coffeyburlington.com
> service@coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on March 3, 2020, on all counsel or parties of record on the Service List below.

## SERVICE LIST

Ariana Fajardo Orshan
*Counsel for United States of America*
United States Attorney's Office
99 N.E. Fourth Street
Miami, Florida 33132
Tel: 305-961-9100
ariana.fajardo.orshan@usdoj.gov

By: _____
for: Kendall Coffey