# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 6/24/20     Time: 1:30 p.m.

Defendant: FELIPE MONCALEANO BOTERO   J#: Bond     Case #: 20-20175-CR-MARTINEZ

AUSA: Alexander Kramer & La'Nese Clarke     Attorney: FERNANDO TAMAYO

Violation: CONSPIRACY TO COMMIT MONEY LAUNDERING     Surr/Arrest Date:    YOB:

Proceeding: Arraignment/Waiver of Indictment     CJA Appt:

Bond/PTD Held: ○ Yes ○ No     Recommended Bond:

Bond Set at: $150K CSB NEBBIA     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
Defendant orally waives right to proceed by Indictment. **WAIVER** of Indictment to be filed by close of business on 6/26/20.

Defendant Arraigned

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 16:38:02     Time in Court: 7 mins

s/Jonathan Goodman     Magistrate Judge